364 P.2d 865

**L. V. NELSON and Pearl G. Nelson,
Relators,**

**v.**

**Honorable Samuel Z. MONTOYA, Judge of
the First Judicial District, Rio Arriba
County, New Mexico, Respondent.**

**No. 7044.**

Supreme Court of New Mexico.

Sept. 25, 1961.

COMPTON, Chief Justice, and CAR-
MODY, CHAVEZ, MOISE and NOBLE,
Justices, concurring.

Ordered that the petition for writ of man-
damus be and the same is hereby denied.